IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

MICHAEL DERRICK EDWARDS,      )
                 Plaintiff,      )
                                  )      Civil Action No. 7:18-cv-00423
    v.                           )
                                  )      By:  Elizabeth K. Dillon
A. DEBORD,      )           United States District Judge
                 Defendant.      )

**FINAL ORDER**

For the reason set forth in the accompanying memorandum opinion, it is hereby

ORDERED as follows:

1. Plaintiff's motion for judicial notice (Dkt. No. 88) is GRANTED IN PART and
   DENIED IN PART;

2. Plaintiff's objections to both the magistrate judge's ruling on his motion for spoliation
   sanctions and the amended report and recommendation (Dkt. Nos. 83, 92) are
   OVERRULED;

3. The court upholds the magistrate judge's ruling on spoliation; and

4. The court ADOPTS the magistrate judge's amended report and recommendation
   (Dkt. No. 91).

Final judgment is therefore ENTERED in favor of defendant A. DeBord, pursuant to

Rule 58 of the Federal Rules of Civil Procedure.  The Clerk shall STRIKE this matter from the

active docket of the court and provide a copy of the opinion and this order to the parties.

Entered: December 8, 2021.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge